### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

JOHN NEESE,                                      :
                                                 :
    Plaintiff,                 :
v.                                               :          CASE NO.:  1:20-CV-190
                                                 :
CITY OF ASHBURN,                                 :
                                                 :
                                                 :
    Defendant.                 :
                                                 :

### ORDER

The Parties have advised the Court that they have settled this case. (Doc. 7.) The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to either dismiss or move to reopen this case no later than **Wednesday, February 24, 2021**.

    **SO ORDERED**, this 25th day of January, 2021.

                    /s/ Leslie A. Gardner
                    **LESLIE A. GARDNER, JUDGE**
                    **UNITED STATES DISTRICT COURT**